FILED
MAR 28 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>LEROY BACA,<br><br>    Respondent. | Case No. CV 13-1225-PA (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. No objection to the Report and Recommendation was filed. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: March 28, 2013

_____
Percy Anderson
United States District Judge