FILED

MAR 2 8 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| RODNEY BROWN, | Case No. CV 13-1225-PA (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| LEROY BACA, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 28, 2013

_____
Percy Anderson
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY