JS - 6/ENTER

FILED
MAR 28 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>LEROY BACA,<br><br>　　　　Respondent. | Case No. CV 13-1225-PA (MLG)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 28, 2013

_____
Percy Anderson
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY